*Mattlage* v. *New York Elevated R. R. Co.*, 14 Misc. Rep. 291, affirmed.
(Submitted November 28, 1898; decided December 16, 1898.)

APPEAL from an order of the General Term of the late
Court of Common Pleas for the city and county of New York,
entered November 7, 1895, reversing a judgment for nominal
damages only, entered upon a decision of the court on trial at
Special Term, and granting a new trial.

*Julien T. Davies, J. C. Thomson* and *Charles A. Gar-
diner* for appellants.

*Charles D. Ridgway* for respondent.

Order affirmed and judgment absolute ordered against the
defendants on the stipulation, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

CHARLES W. STRADER, Respondent, *v.* THE NEW YORK, LAKE
ERIE AND WESTERN RAILROAD COMPANY, Appellant.

*Strader* v. *New York, L. E. & W. R. R. Co.*, 86 Hun, 613, affirmed.
(Argued November 29, 1898; decided December 16, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered
December 11, 1895, affirming a judgment in favor of plaintiff
entered upon a verdict, and an order denying a motion for a
new trial.

*Henry Bacon* for appellant.

*O'Neill & Royce* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.